THOMAS DE SIMONE, Respondent, v. TRANSPORTES MARITIMOS DO ESTADO, Defendant. FEDERAL LINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS DE SIMONE, Respondent, v. TRANSPORTES MARITIMOS DO ESTADO, Defendant. FEDERAL LINE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE SUNSHINE CLOAK AND SUIT COMPANY, Respondent, v. ABRAHAM SCHLOSSBERG and Others, Doing Business under the Name of THE SUNSHINE DRESS COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements, and stay vacated. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent, v. A. O. ANDERSEN & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS D. KELLIHER, Respondent, v. O'BRIEN MORIARTY COMPANY, INC., Defendant, Impleaded with WILLIAM J. O'BRIEN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

NETTIE POLANSKY, Respondent, v. FRANK TUMA and Others, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GUISTINO SALUSTO, Respondent, v. NORWICH PHARMACAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ. Smith and Greenbaum, JJ., dissenting.

JOSEPH L. BERGER and Others, Doing Business under the Firm Name and Style of BERGER, RAPHAEL & WILE, Respondents, v. SIDNEY HILLMAN, Individually and as General President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARKS ARNHEIM, INC., Respondent, v. SIDNEY HILLMAN, as General President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM RUTH, Appellant, v. JOHN P. LEO and Others, Constituting the Board of Appeals Created by Chapter 503 of the Laws of 1916,* Respondents.— Order affirmed, with

* Adding to Greater New York Charter (Laws of 1901, chap. 466), § 718-d et seq., as amd. by Laws of 1917, chap. 601.— [REP.